IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BERNARD ALBERS, individually and
as personal representative of the Estate of
LAURA ALBERS,

    Plaintiffs,

v.                               No. 1:15-cv-00140 WPL/KK

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## STIPULATED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, and the Court being fully advised of the premises, FINDS:

The Stipulated Motion is well-taken and should be granted;

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Plaintiffs' Complaint be and hereby is dismissed with prejudice, and the Parties to bear their own attorneys' fees and costs.

                                            */s/ William P. Lynch*
                                            THE HONORABLE WILLIAM P. LYNCH
                                            UNITED STATES MAGISTRATE JUDGE

Submitted:

HOULISTON & WEAKS

*/s/ David M. Houliston*
DAVID M. HOULISTON
*Attorneys for Plaintiffs*
500 Tijeras NW
Albuquerque, NM  87102
Phone: 505 247-1223
Fax: 505 214-5204

Approved:

Paul A. Sheldon
*Attorneys for Defendant*
Elenius Frost & Walsh
333 S. Wabash Ave.
25th Floor
Chicago, IL 60604
Phone (312) 822-5844 • Fax (312) 817-2486
Direct Dial:  (312) 822-4677
Paul.Sheldon@cna.com